# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **CLYDE ANDERSON** | **CIVIL ACTION NO. 16-1451-P** |
| **VERSUS** | **JUDGE FOOTE** |
| **DEPARTMENT OF CORRECTIONS, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

# J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED**, in chambers, at Shreveport, Louisiana, on this 6th day of December 2019.

_____
**ELIZABETH ERNY FOOTE**
**UNITED STATES DISTRICT JUDGE**